IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN KIRBY,<br><br>    Plaintiff,<br><br>v.<br><br>CHIEF U.S. MARSHAL, et al.,<br><br>    Defendants. | §§§§§§§§§§§§§ | Civil Action No. 3:16-cv-01393-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice** until the *Heck v. Humphrey*, 512 U.S. 477 (1994) conditions are met.

**SO ORDERED** on this **13th day** of **July, 2016**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE